# Order

Michigan Supreme Court
Lansing, Michigan

December 26, 2012

145819 & (114)(115)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

GAVIN KEITH CULLENS,
        Defendant-Appellant.

SC: 145819
COA: 296492
Wayne CC: 08-005721-FC

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the July 24, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012

_____
Clerk

h1217